ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
NOI KHUNPHIXAY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-07-0268 OWW |
| Plaintiff, | STIPULATION TO CONTINUE AND ORDER THEREIN |
| vs. | |
| NOI KHUNPHIXAY, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, NOI KHUNPHIXAY, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Sentencing Hearing now set for Monday, November 10, 2008 at 9:00 a.m. be continued to Monday, December 15, 2008 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

PDF created with pdfFactory trial version www.pdffactory.com

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: November 5, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
NOI KHUNPHIXAY

Dated: November 5, 2008

/s/ Laurel J. Montoya
Laurel J. Montoya,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing now set for Monday, November 10, 2008 is continued to Monday, December 15, 2008 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

Dated:  November 6, 2008

                                        /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        U.S. District Court Judge

Stipulation to Continue
06-0268 OWW

PDF created with pdfFactory trial version www.pdffactory.com